CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 18 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

PIERRE A. RENOIR,
    Petitioner,

Civil Action No. 7:14-cv-00345

v.

**MEMORANDUM OPINION**

WARDEN,
    Respondent.

By:   Hon. Jackson L. Kiser
        Senior United States District Judge

    Pierre A. Renoir, a Virginia inmate proceeding pro se, filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, challenging his criminal judgments entered by the Circuit Court for the City of Roanoke in 1998. Court records indicate that Petitioner previously filed a § 2254 petition about the same judgments in Renoir v. Commonwealth, Civil Action No. 7:99-cv-00580 (W.D. Va. July 31, 2001). Thus, Petitioner's current petition is a subsequent one, falling under the prohibition in 28 U.S.C. § 2244(b) against a second or successive petition. Pursuant to this section, a federal district court may consider a second or successive § 2254 petition only upon specific certification from a United States Court of Appeals that claims in the subsequent petition meet certain criteria. 28 U.S.C. § 2244(b). Because Petitioner has not submitted any evidence that he has obtained such certification by the Fourth Circuit Court of Appeals, I dismiss the petition without prejudice as successive. Based upon the finding that Petitioner has not made the requisite substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is denied.

    ENTER: This 18th day of July, 2014.

                           /s/ Jackson L. Kiser
                           Senior United States District Judge