CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 18 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

PIERRE A. RENOIR,
    Petitioner,

Civil Action No. 7:14-cv-00345

v.

**ORDER**

WARDEN,
    Respondent.

By:  Hon. Jackson L. Kiser
      Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 18th day of July, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge